United States District Court
Southern District of Texas
**ENTERED**
November 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, | § § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. 7:18-cv-00029 |
| PADGETT, STRATEMANN & CO., LLP, | § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

On this day came on for consideration the Joint Motion for Dismissal with Prejudice. The Court having considered the motion is of the opinion it is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the case is dismissed with prejudice to refiling same.

Signed ON THIS 9th day of November, 2018 at McAllen, Texas.

_____
THE HONORABLE RICARDO H. HINOJOSA